H. J. Meyer, appellant, v. George Krug, appellee.  Gen. No. 40,261.

Opinion filed February 1, 1939.

Teller, Levit, Silvertrust & Levi, for appellant.  L. A. Sherwin, for appellee.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

Oscar A. Rather, appellee, v. City of Chicago, appellant.  Gen. No. 39,924.

Opinion filed February 14, 1939.

Barnet Hodes, Corporation Counsel, for appellant; Alexander J. Resa, Adam E. Patterson and L. Louis Karton, Assistant Corporation Counsel, of counsel.  John A. Bloomingston, for appellee.

Mr. Presiding Justice Burke delivered the opinion of the court.

Benjamin B. Morris, appellee, v. Paul Wahl, appellant.  Gen. No. 40,062.

Opinion filed February 14, 1939.

Vincent O'Brien and Harvey K. Cousens, for appellant; Vincent O'Brien, of counsel.  Benjamin B. Morris, *pro se.*

Mr. Presiding Justice Burke delivered the opinion of the court.

Roy Smeck, appellant, v. Olga Smeck, appellee.  Gen. No. 40,322.

Opinion filed February 14, 1939.

Harry P. Munns, for appellant.  Nicholas A. Socrates, Benjamin B. Davis and Louis L. Cohen, for appellee; Nicholas A. Socrates, of counsel.

Mr. Presiding Justice Burke delivered the opinion of the court.